# Court of Appeals
# of the State of Georgia

ATLANTA,___July 26, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1644.  HAND v. THE STATE.**

This appeal was docketed on April 15, 2013. In accordance with the docketing notice and Court of Appeals Rules 22 (a) and 23 (a), appellants enumeration of error and appellant's brief were required to be filed in this court on or before May 6, 2013. As of the date of this order, no enumeration of errors and brief have been filed in this court.

Therefore, this appeal is dismissed. Court of Appeals Rule 7, 13, and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/26/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*